**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant, <br><br> and <br><br> LAKE CARRIERS' ASSOCIATION AND CANADIAN SHIPOWNERS ASSOCIATION, <br><br> Intervenor-Defendants. | Civil Action No. 1:13-cv-00617 (CKK) |

**LAKE CARRIERS' ASSOCIATION AND
CANADIAN SHIPOWNERS ASSOCIATION'S MOTION TO DISMISS**

Plaintiff National Wildlife Federation ("NWF") alleges that Defendant U.S. Environmental Protection Agency's ("EPA") application of 40 C.F.R. § 124.55(b) is "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right under 5 U.S.C. § 706(2)(C) and the Clean Water Act." Complaint ¶ 2 (Doc. 1). EPA has filed a motion to dismiss, arguing that NWF's Complaint should be dismissed pursuant to FED. R. CIV. P. 12(b)(1) for lack of subject matter jurisdiction and pursuant to FED. R. CIV. P. 12(b)(6) for failure to state a claim upon which relief may be granted. Intervenor-Defendants Lake Carriers' Association and Canadian Shipowners Association hereby move to dismiss on all of the bases asserted in EPA's motion to dismiss, incorporating all of EPA's arguments in favor of dismissal.

Respectfully Submitted,

Dated:  \_\_May 10, 2013_____                    _____/s/ David F. Rifkind_____
David F. Rifkind (Bar No. 455585)
LEONARD, STREET AND DEINARD, P.A.
1350 I Street NW Suite 800
Washington, DC 20005
Telephone:  (202) 346-6900
Facsimile:  (202) 346-6901
david.rifkind@leonard.com

Matthew D. Melewski (*pro hac vice pending*)
Gregory A. Fontaine (*pro hac vice pending*)
LEONARD, STREET AND DEINARD, P.A.
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone:  (612) 335-1500
Facsimile:  (612) 335-1657
matthew.melewski@leonard.com
gregory.fontaine@leonard.com

*Counsel for Intervener-Defendants*
*Lake Carriers' Association and*
*Canadian Shipowners Association*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2013, I mailed by United States Postal Service, certified mail, postage prepaid, the foregoing Motion to Dismiss, as well as the accompanying Statement of Points and Authorities and the Proposed Order, to the following at the addresses indicated:

Janice L. Goldman-Carter (Bar No. 415773)
NATIONAL WILDLIFE FEDERATION
901 E Street, N.W., Suite 400
Washington, DC 20004
Telephone: (202) 797-6894
goldmancarterj@nwf.org

Neil S. Kagan (*pro hac vice*)
NATIONAL WILDLIFE FEDERATION
625 South State Street
745 Legal Research
Ann Arbor, MI 48109
Telephone: (734)-763-7087
Facsimile: (734) 764-8309
kagan@nwf.org

*Counsel for Plaintiff National Wildlife Federation*

Michele L. Walter (Bar No. 487329)
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-3376
Facsimile: (202) 353-7763
michele.walter@usdoj.gov

T. Monique Peoples (Bar No. 973762)
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: 202.514.9365
Facsimile: 202.514.8865
monique.peoples@usdoj.gov

*Counsel for Defendant U.S. Environmental Protection Agency*

Dated: __May 10, 2013_____

/s/ David F. Rifkind
David F. Rifkind (Bar No. 455585)
LEONARD, STREET AND DEINARD, P.A.
1350 I Street NW Suite 800
Washington, DC 20005
Telephone: (202) 346-6918
David.Rifkind@leonard.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant, <br><br> and <br><br> LAKE CARRIERS' ASSOCIATION AND CANADIAN SHIPOWNERS ASSOCIATION, <br><br> Intervenor-Defendants. | Civil Action No. 1:13-cv-00617 (CKK) |

## LAKE CARRIERS' ASSOCIATION AND CANADIAN SHIPOWNERS ASSOCIATION'S STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS

1. On May 1, 2013, Plaintiff National Wildlife Federation ("NWF") filed a Complaint alleging that Defendant U.S. Environmental Protection Agency's ("EPA") application of 40 C.F.R. § 124.55(b) is "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right under 5 U.S.C. § 706(2)(C) and the Clean Water Act." Complaint ¶ 2 (Doc. 1).

2. Intervenor-Defendants Lake Carriers' Association ("LCA") and Canadian Shipowners Association ("CSA") have filed a motion to intervene as defendants in this matter.

3. EPA has filed a motion to dismiss, arguing that NWF's Complaint should be dismissed pursuant to FED. R. CIV. P. 12(b)(1) for lack of subject matter jurisdiction and pursuant to FED. R. CIV. P. 12(b)(6) for failure to state a claim upon which relief may be granted.

4. LCA and CSA incorporate herein and hereby join EPA's motion to dismiss in its entirety.

5. LCA and CSA reserve the right to file an additional motion to dismiss for lack of subject matter jurisdiction, should that be necessary.

For the foregoing reasons, LCA and CSA respectfully move this Court to dismiss NWF's Complaint with prejudice.

Respectfully Submitted,

Dated:  __May 10, 2013_____                     /s/ David F. Rifkind_____
David F. Rifkind (Bar No. 455585)
LEONARD, STREET AND DEINARD, P.A.
1350 I Street NW Suite 800
Washington, DC 20005
Telephone:  (202) 346-6900
Facsimile:  (202) 346-6901
david.rifkind@leonard.com

Matthew D. Melewski (*pro hac vice pending*)
Gregory A. Fontaine (*pro hac vice pending*)
LEONARD, STREET AND DEINARD, P.A.
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone:  (612) 335-1500
Facsimile:  (612) 335-1657
matthew.melewski@leonard.com
gregory.fontaine@leonard.com

*Counsel for Intervener-Defendants*
*Lake Carriers' Association and*
*Canadian Shipowners Association*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant, <br><br> and <br><br> LAKE CARRIERS' ASSOCIATION AND CANADIAN SHIPOWNERS ASSOCIATION, <br><br> Intervenor-Defendants. | Civil Action No. 1:13-cv-00617 (CKK) |

## [PROPOSED] ORDER ON INTERVENOR-DEFENDANTS' MOTION TO DISMISS

On May 10, 2013, Lake Carriers' Association and Canadian Shipowners Association moved this Court to dismiss the Complaint filed by National Wildlife Federation in this matter. This Court agrees that there is a lack of subject matter jurisdiction and that the Complaint fails to state a claim upon which relief can be granted and therefore the Complaint should be dismissed pursuant to FED. R. CIV. P. 12(b)(1) and 12(b)(6).

Based upon all of the files, records, and submissions of all the parties hereto,

**IT IS HEREBY ORDERED THAT:** Intervenor-Defendants' motion to dismiss is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice.

Date: _____    _____

Judge Colleen Kollar-Kotelly
United States District Judge